# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION OF THE DEAF, et al.,

    Plaintiffs-Appellees,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    Defendants-Appellants.

No. 25-5402

## STATEMENT OF ISSUES

The government expects to raise the following issues on appeal:

1. Whether plaintiffs lack a cause of action to enforce Section 504 of the Rehabilitation Act against defendants.

2. Whether plaintiffs failed to establish a likelihood of success on their claim that the Rehabilitation Act requires the White House to provide ASL interpretation for press briefings.

CHARLES W. SCARBOROUGH

/s/ Daniel Winik
DANIEL WINIK
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7245*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-8849*