**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NATIONAL ASSOCIATION OF THE
DEAF, et al.,

        *Plaintiffs-Appellees*,

     v.

DONALD J. TRUMP, in his official
capacity as President of the United States,
et al.,

        *Defendants-Appellants*.

Appeal No. 25-5402

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

Pursuant to Fed. R. App. P. 26(b) and D.C. Circuit Rule 28(e), Appellees respectfully request a 31-day extension of time—from April 17, 2026, to May 18, 2026—to file Appellees' brief. Appellants consent to this request. In further support, Appellees state as follow:

1.     Pursuant to the Clerk's Order dated February 6, 2026, Appellees' brief is due April 17, 2026. Appellees have not requested any prior extensions. No oral argument date has been set.

2.     Undersigned counsel have had significant preplanned travel, including international travel, during the window of time between the filing of Appellants'

1

brief and the deadline for Appellees' brief. In light of this travel, undersigned counsel require additional time to prepare Appellees' brief.

3. Accordingly, Appellees respectfully request a 31-day extension of time, to May 18, 2026, to file Appellees' brief. The requested extension will not appreciably delay the resolution of the case, and the undersigned will exercise diligence in preparing the briefing in the time requested.

4. The undersigned contacted counsel for Appellants, who indicated that Appellants consent to the requested extension.

5. Accordingly, Appellees respectfully request that the Court grant the present motion and set May 18, 2026 as the deadline to file Appellees' brief.

Dated: April 6, 2026

Respectfully submitted,

*/s/ Ian S. Hoffman*
Ian S. Hoffman
Robert J. Katerberg
Stanton Jones
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
Ian.Hoffman@arnoldporter.com

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: April 6, 2026

*/s/ Ian S. Hoffman*
Ian S. Hoffman

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 201 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion further complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared using Microsoft Word and is set in Times New Roman font, in a size equivalent to 14 points or larger.


Dated: April 6, 2026

*/s/ Ian S. Hoffman*
Ian S. Hoffman