# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5402**

**September Term, 2025**

**1:25-cv-01683-AHA**

**Filed On: April 7, 2026** [2167409]

National Association of the Deaf and
Derrick Ford,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | May 18, 2026 |
| Appellants' Reply Brief | June 8, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk