**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, et al., <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants-Appellants*. | Case No. 25-5402 |

**NOTICE OF WITHDRAWAL OF ROBERT STANTON JONES**
**AS COUNSEL**

Please take notice that I, Robert Stanton Jones, Partner at Arnold & Porter

Kaye Scholer LLP, attorney of record on behalf of Appellees the National

Association of the Deaf and Derrick Ford, hereby withdraw my appearance as

counsel in this matter because I will be leaving my employment at Arnold & Porter

Kaye Scholer LLP as of May 25, 2026.  The National Association of the Deaf and

Derrick Ford will continue to be represented by other counsel of record.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Robert Stanton Jones*
Robert Stanton Jones
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
stanton.jones@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Robert Stanton Jones*
Robert Stanton Jones