**Oral Argument Not Yet Scheduled**

**No. 25-5402**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

NATIONAL ASSOCIATION OF THE DEAF and DERRICK FORD,
*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al*.,
*Defendants-Appellants.*

---

On Appeal from the United States District Court for the District of Columbia
Civil Action No. 25-01683 (AHA), The Honorable Amir H. Ali

---

**Notice of Intent of Disability Rights Education and Defense Fund and Eight Other Disability Rights Organizations to File a Brief as *Amici Curiae* in Support of Plaintiffs-Appellees and Affirmance; Representation of Consent**

---

Maria Michelle Uzeta
CA Bar No. 164402
Disability Rights Education & Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703
510-644-2555
muzeta@dredf.org

Amy Farr Robertson
*Counsel of Record*
CO Bar No. 25890
Fox & Robertson, PC
1550 Wewatta St., Suite 200
Denver, CO 80202
303-951-4164
arob@foxrob.com

Attorneys for *Amici Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules 26.1 and 29 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, all *amici curiae* state that they are private non-profit organizations, that they are not publicly held corporations or other publicly held entities, and that they have no parent corporations. No publicly held corporation or other public entity owns ten percent (10%) or more of any amicus organization.

## Notice of Intent to File Brief as *Amici Curiae* in Support of Plaintiffs-Appellees and Affirmance

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), *Amici* Disability Rights Education and Defense Fund, American Association of People with Disabilities, Autistic Women & Nonbinary Network, CommunicationFIRST, Disability Law United, Disability Rights Bar Association, Justice in Aging, the National Federation of the Blind and Paralyzed Veterans of America respectfully submit notice to the Court of their intent to file a brief in support of Plaintiffs-Appellees and affirmance in the above-captioned consolidated cases. *Amici* are nonprofit disability rights organizations.

All parties have consented to *Amici*'s filing of the brief.

Respectfully submitted,

s/ Amy Farr Robertson
Amy Farr Robertson
Counsel for *Amici Curiae*

Dated: June 2, 2026

2

## <u>Certificate of Service</u>

I hereby certify that on June 2, 2026, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Amy Farr Robertson
Amy Farr Robertson

3