# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5402**                                            **September Term, 2025**

**1:25-cv-01683-AHA**

**Filed On: June 4, 2026** [2176880]

National Association of the Deaf and
Derrick Ford,

       Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

## O R D E R

Upon consideration of appellants' unopposed for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted.  Appellants' reply brief is now due July 7, 2026.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk