United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5402** **September Term, 2026**

**1:25-cv-01683-AHA**

**Filed On: September 22, 2026** [2194444]

National Association of the Deaf and
Derrick Ford,

Appellees

v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

Appellants

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 6, 2026, at 2:00 P.M.:

| | | |
|---|---|---|
| Appellants | - | 20 Minutes |
| Appellees | - | 20 Minutes |

The panel considering this case will consist of Circuit Judges Katsas and Pan, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 24, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)