# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5402** **September Term, 2026**

**1:25-cv-01683-AHA**

**Filed On: October 6, 2026** **[2196716]**

National Association of the Deaf and
Derrick Ford,

Appellees

v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

Appellants

**BEFORE:** Circuit Judges Katsas and Pan, and Senior Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, October 6, 2026 at 2:01 p.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Daniel Winik (DOJ), counsel for Appellants.

Ian S. Hoffman, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk